[No. 70415-0-I. Division One. June 30, 2014.]

*In the Matter of the Marriage of* JACQUELINE E. BERNI, *Appellant*, and WILLIAM J. BERNI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02247-3, Julie A. Spector, J., entered April 26, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Trickey, JJ.

[No. 70499-1-I. Division One. June 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. COUNT MARKANTHONY CORHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04571-9, Catherine D. Shaffer, J., entered April 26, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 70617-9-I. Division One. June 30, 2014.]

*In the Matter of the Marriage of* ANDREA Z. JOLLES, *Respondent*, and MARK P. CAVENER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-03386-9, Deborah D. Fleck, J., entered June 27, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 70933-0-I. Division One. June 30, 2014.]

LOIS K. CHAMPION, *Appellant*, v. LOWE'S HIW, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-02069-4, Millie M. Judge, J., entered September 4, 2013. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Leach, JJ.